■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES EVERETT, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Delin, J.), rendered March 14, 1986, convicting him of burglary in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt and to exclude to a moral certainty every reasonable hypothesis of innocence *(see, People v Betancourt,* 68 NY2d 707). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Sullivan, J. P., Eiber, O'Brien and Ritter, JJ., concur.